# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| DEBRA TURGEON,<br><br>　　　　Plaintiff,<br>vs.<br><br>AVIEL INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendant. | **Case No.: 2:19-cv-04308-DSF-SK**<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 17, 2019<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Debra Turgeon's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Aviel Investments, LLC, a California Limited Liability Company ("Defendant").

Dated: December 2, 2019

　　　　　　　　　　　　　　　　　　Hon. Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge

---

1
ORDER FOR DISMISSAL WITH PREJUDICE